**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1015

RAYAN NAFA MOHAMED,

Plaintiff - Appellant,

v.

NEW BERN TRANSPORT CORPORATION,

Defendant - Appellee,

and

PEPSICO, INCORPORATED, d/b/a New Bern Transportation Corp.,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:23-cv-02334-SAG)

Submitted:  October 10, 2024                    Decided:  October 15, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Mohamed M. Bamba, BAMBA LAW, LLC, Columbia, Maryland, for Appellant.  Alison R. Ashmore, DYKEMA GOSSETT PLLC, Dallas, Texas, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayan Nafa Mohamed appeals the district court's order granting Defendant's motion to dismiss his civil action for failure to state a claim on which relief could be granted. After reviewing the record, we conclude that the district court did not reversibly err in determining that Mohamed refused to take a drug test. *See Evans v. United States*, 105 F.4th 606, 616 (4th Cir. 2024) (stating standard of review); 49 C.F.R. § 40.191(a)(1), (6) (defining refusal). Accordingly, we affirm the district court's order. *Mohamed v. New Bern Transp. Corp.*, No. 1:23-cv-02334-SAG (D. Md. Nov. 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
